Martin G. Molina, Calif. Bar No. 176934
Law Office of Martin G. Molina
185 West "F" Street, Suite 100
San Diego, California 92101
Telephone:  (619) 232-0620
Facsimile:   (619) 234-5322
mmolinaesq@outlook.com
Attorney for Defendant
Ricardo Orizaba-Zendejas (5)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Dana M. Sabraw, Chief Judge)

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                              )<br>                    Plaintiff,           )<br>                                                              )<br>         vs.                                          )<br>                                                              )<br>RICARDO ORIZABA-ZENDEJAS (5),  )<br>                                                              )<br>                    Defendant.       )<br>_____) | Case No.  23 CR 1684-DMS<br><br>**Notice and Motions to Dismiss on Improper Venue Grounds, and to Remedy Duplicitous Counts**<br><br>Hearing Date: To be Set<br>Courtroom 13A |

**Notice and Motions**

TO:  Tara K. McGrath, United States Attorney, and Assistant United States Attorneys Alicia P. Williams and Stephen H. Wong.

PLEASE TAKE NOTICE that at a date and time to be determined by the Court, the defendant, Ricardo Orizaba-Zendejas ("Mr. Orizaba"), by and through his CJA court-appointed counsel, Martin G. Molina, will move this Court to (a) dismiss certain charges contained in Count Ten, Count Eleven, and Count Thirteen on venue grounds, and (b) to remedy the duplicitous nature of Counts Ten and Thirteen by directing the government to elect one offense with which to go forward on each count.

1

23cr1684-DMS

These motions are based on the attached memorandum of points and authorities which provide a description of the relevant facts, a summary of the arguments, and a legal analysis in support of these motions.

Dated: October 31, 2024             Respectfully submitted,
                                    Law Office Of Martin G. Molina


                                    By: /s/ Martin G. Molina
                                    Martin G. Molina
                                    mmolinaesq@outlook.com
                                    CJA Attorney for Mr. Orizaba