Martin G. Molina, Calif. Bar No. 176934
185 West "F" Street, Suite 100
San Diego, California 92101
Telephone: (619) 232-0620
Facsimile: (619) 234-5322
mmolinaesq@outlook.com
Attorney for Defendant
Ricardo Orizaba-Zendejas (5)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Dana M. Sabraw)

| UNITED STATES OF AMERICA, | ) Case No. 23 CR 1684-DMS |
|---|---|
| Plaintiff, | ) **Declaration of Licensed** |
| vs. | ) **Investigator, Hector Rivera** |
| RICARDO ORIZABA-ZENDEJAS (5), | ) |
| Defendant. | ) |

I, Hector Rivera, hereby declare under penalty of perjury of the laws of the United States of America as follows:

1. I am a private investigator, duly licensed by the State of Washington, and based in Yakima, Washington.

2. Prior to becoming a licensed investigator, specifically from 2000 to 2024, I was a member of the Union Gap Police Department, engaged in duties as a patrol officer, patrol sergeant, detective, hostage negotiator, field training officer, and field training sergeant. Prior to

1

23cr1684-DMS

that, from 1997 to 2000, I was a member of the Wapato Police Department.

3. My educational background consists of an associate degree in criminal justice, and a Bachelor of Science in criminal justice administration. A copy of my resume is attached to this declaration. I am fully proficient in the Spanish language.

4. My involvement in this matter came at the request of Attorney Martin Molina, the CJA court-appointed counsel for Ricardo Orizaba. In order to become familiar with the case, I reviewed the superseding indictment, the application for the search warrant of 321 Yakima Street in Parker, the audio of the interview ▮▮▮▮ referenced in the application of the search warrant beginning at ¶ 73, and the report of the execution of the search warrant, among others.

5. On November 15, 2024, I visited the residence at 321 Yakima Street in Parker, Washington. The town of Parker is remarkably small. Based on my years of familiarity with the area, I estimate that its population is probably not more than 200. Parker is located about five miles north of Wapato through U.S. Highway 97, and is only accessible from that highway by taking the Fifth Avenue exit or further north, the Second Avenue exit. The town is located west of the highway. East of the highway is mainly fields as well as Interstate 82 that is about a mile away. Highway 97 consists of four lanes, with two lanes going northbound and two lanes, southbound.

The northbound drive from Wapato to Parker and beyond consists of mostly rural fields and/or orchards on both sides of the highway.

6. Someone driving from Wapato to Parker would take U.S. Highway 97 northbound and upon reaching the junction with Fifth Avenue or Second Avenue, cross the southbound lanes to enter either of these. Though Fifth Avenue and Second Avenue are designated "avenues" in their name, these are rural residential streets consisting of homes and fields. Both Fifth Avenue and Second Avenue run east to west and essentially frame the south and north edges of Parker.

7. Yakima Street in Parker runs north to south and is the last road on the west side of Parker. It starts where Second Avenue terminates, approximately an eighth of a mile west of the highway, and parallel to it. The 321 Yakima St. residence is located about midway on the block bounded by Second Avenue on the north and Fourth Avenue on the south. The front of the residence faces Yakima Street and is located to the east side of the street. There are no residences on the west edge of Yakima Street as that area consists of orchards.

8. Attached to this declaration is a diagram prepared by me based on a Google aerial photograph of the area. This photograph fairly depicts the area of 321 Yakima Street as I saw it on November 15, 2024.

9. The adjacent next door neighboring property of 321 Yakima to the north is a vacant, open lot, while the one to the south is another house.

10. The front of 321 Yakima Street residence has a driveway that leads to the southwest side of the residence (its right side, looking from Yakima Street), and a grassy area on the front northwest side (left side, looking from Yakima Street left side). The entire residence is surrounded by a chain link fence that allows anyone to see into the yard. The backyard is also surrounded by chain-link fence as well but does have a cover that surrounds the area where roosters and chickens are kept. The back of the property ends with a fence that separates the house from the rear property. Attached to this declaration are some of the photographs that I took of the front of the residence.

11. I observed two cameras attached to the front of the house. One was located at the northwest corner of the structure (to my left as I face the front of the residence), and one close to the southwest corner of the structure (to my right as I face the front of the residence). The northwest camera appeared to be facing down showing the area in which a gray minivan was parked inside the curtilage when I took my photos. The camera close to the southwest corner of the residence, appeared to cover the driveway area where an RV was parked.

12. I saw at the front of the property and along the front fence a tall 4x4 wooden pole that stood straight. Towards the top of the pole, there were two cameras, opposite to each other on the pole. One camera was on the north edge of the pole and the other was on the south edge of the pole. The camera on the north edge was facing downwards, covering the lower ground area on that edge of the pole (the edge of Yakima Street along the fence). A car was parked there. The other

camera, on the south edge of the pole, was facing downwards, covering the ground of the driveway gate area. I specifically looked for and did not see any other security cameras around the exterior perimeter of the house and property.

13. The north side of the property runs from the front of the house to the backyard and is bordered by the empty lot mentioned above. That lot is not fenced in and accessible from Yakima Street and also from an alleyway in its rear. That alleyway ends at the rear of 321 Yakima Street.

14. In my inspection of the area, I noticed that other homes had security cameras installed. For instance, 341 Yakima St had four visible cameras, and 251 Yakima St, had two visible cameras.

15. I listened to the audio of the December 8, 2022 interview of ███████████████████████ by HSI and DEA agents referred in the application for the search warrant of the 321 Yakima Street residence at ¶¶ 73-77.

16. According to the affidavit, during this interview, ████████  This assertion about the interview is not true. ████████.

17. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

18. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

19. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1  █████████████████████████████████
2  █████████████████████████████████
3  █████████████████████████████████.
4
5  20.  ████████████████████████████
6  █████████████████████████████████
7  █████████████████████████████████
8  ████████████████████████████  ███
9  █████████████████████████████████
10 █████████████████████████████████
11 ██████████
12
13
14 Executed this 20 day of February, 2025, at Yakima, Washington.
15
16
17 _____
18 Hector A. Rivera

7

23cr1684-DMS



1 - Covered entrance to the house



2 - Looking at driveway/RV from the front entrance



3- Moving clockwise from photo (2), showing driveway and gate



4 - Moving clockwise from photo (3)



5- Moving clockwise from photo (4)



6- Moving clockwise from photo (5)



7 - Parking area parallel to fence
Pole behind fence



8- Camera facing the driveway and RV (front right side)
Covered main entrance to the left



9 - Aerial View of 321 Yakima Street, Google Earth



10- Aerial View of Town of Parker