ADAM GORDON
United States Attorney
STEPHEN H. WONG
California Bar No. 212485
ALEXANDRA F. FOSTER
Washington, D.C. Bar No. 470096
MARIO J. PEIA
California Bar No. 307503
Assistant U.S. Attorneys
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel.: (619) 546-9464/9706/6735
Email: Stephen.Wong/Mario.Peia/Alexandra.Foster@usdoj.gov
Attorneys for Plaintiff

Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN MADRIGAL-BIRRUETA (1), and<br>RICARDO ORIZABA-ZENDEJAS (5),<br><br>Defendants. | Case No.: 23-CR-1684-DMS<br><br>**NOTICE OF UNITED STATES' INTENT TO OFFER EVIDENCE UNDER RULES 702, 703, AND 705 & REQUEST FOR RECIPROCAL DISCOVERY**<br><br>The Honorable Dana M. Sabraw |

PLEASE TAKE NOTICE that Plaintiff, UNITED STATES OF AMERICA, intends to offer evidence under Rules 702, 703, and 705 of the Federal Rules of Evidence in its case-in-chief at trial in this case.

I.     <u>Notice of Evidence Under Rules 702, 703, and 705</u>

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the United States provides the following disclosure concerning expert testimony that the United States will seek to introduce pursuant to Rules 702, 703, and 705 of the Federal Rules of Evidence. The United States reserves the right to offer additional testimony by these experts, or other expert witness(es), and for the experts to amend or adjust their opinions and bases therefor, based on information perceived by or made known to the experts before or during trial.

**Expert Notice – Forensic Chemists**

Absent a signed stipulation between the parties, the United States intends to call numerous chemists to testify about the type and weight of controlled substances seized in this case. Their expert disclosures (either on their lab report or a separate Rule 16 letter), CVs, and laboratory notes and records have been produced in discovery. For convenience, below is a chart to connect the chemist to a particular test, and the corresponding Rule 16 notice is attached as to each chemists' seizure. The United States will supplement this notice with additional chemists as information becomes available.

| Chemist | ID No. | Exhibit No. | Connected Seizure |
|---|---|---|---|
| Fracia Martinez | 2021-SFL8-07022 | 4 | Sept. 9, 2021, OTM POE |
| Jensen Cayas | 2021-SFL8-07021 | 3 | Sept. 9, 2021, OTM POE |
| Joseph Stone | 2021-SFL8-06089 | 1 | Aug. 5, 2021, OTM POE |
| Marissa Sosa-Watson | 2021-SFL8-08446 | 3 | Oct. 18, 2021, SYS POE |
| Todd Davis | 2021-SFL8-08311 | 6 | Oct. 18, 2021, SYS POE |
| Anjail Ameen | 2021-SFL8-08310 | 4 | Oct. 18, 2021, SYS POE |
| William Langston | 2025-SFL8-02234 | L-0001/S-0001 | Sept. 16, 2021, Colorado |
| Ramona Sanderson | 2021-SFL8-07684 | 8 | Sept. 28, 2021, SYS POE |
| Jennifer Castiglione | 2025-SFL8-02231 | 1 | Jun. 24, 2022, Tulare County, CA |
| Fracia Martinez | 2025-SFL8-02232 | 3 | Jun. 24, 2022, Tulare County, CA |
| Shana Irby | 2023-SFL7-01881 | 3 | Feb. 8, 2023, Washington |
| Charmaine Qiu | 2023-SFL7-01879 | 1 | Feb. 8, 2023, Washington |
| Jarrett Farias | 2023-SFL7-01880 | 2 | Feb. 8, 2023, Washington |
| Trevor Equitz | 2023-SFL8-06693 | 4 | Mar. 4, 2023, SYS POE |
| Jade Impreso | LA2023-0237, LA2023-0238, LA2023-0247, LA2023-0248 | 5, 8, 2, 7, respectively | Mar. 4, 2023, SYS POE |