ADAM GORDON
United States Attorney
STEPHEN H. WONG
ALEXANDRA F. FOSTER
Assistant U.S. Attorneys
CA Bar No. 212485/D.C. Bar No. 470096
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9464/6735
Email: Stephen.Wong/Alexandra.Foster@usdoj.gov

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN MADRIGAL-BIRRUETA (1),<br><br>Defendant. | Criminal Case No. 23CR1684-DMS<br><br>**UNITED STATES' SENTENCING MEMORANDUM** |

Defendant Benjamin Madrigal-Birrueta ("Defendant") ran a violent drug trafficking organization and played an integral role in the murder of two people and an unborn fetus. He is now facing a mandatory minimum of 20 years as to each of three counts, two counts of murder in furtherance of a conspiracy to distribute controlled substances (21 U.S.C. Sec. 848(e)) and one count of causing the death of a child in utero (21 U.S.C. Secs. 1841 and 1111). The U.S. Sentencing Guidelines recommends a sentence of life. Defendant's conduct warrants nothing less.

**I**
**PROCEDURAL HISTORY**

Defendant was charged in an 18-count Superseding Indictment on May 22, 2024, with the following:

- Count One: 21 U.S.C. § 848(a) and (b)(2), Continuing Criminal Enterprise;

- Count Two: 21 U.S.C. §§ 841(a)(1) and 846, Conspiracy to Distribute Methamphetamine, Fentanyl, and Cocaine;
- Count Three: 21 U.S.C. §§ 952, 960, and 963, Conspiracy to Import Methamphetamine, Fentanyl, and Cocaine;
- Counts Four and Five: 21 U.S.C. § 848(e), Murder in Furtherance of a Conspiracy to Distribute Controlled Substances;
- Count Six: 18 U.S.C. §§ 1512(a)(1)(A), (C), (2)(A), (3)(A), and 1111 and 18 U.S.C. § 1512(k), Murder and Threat of Force to Prevent Attendance at an Official Proceeding and Conspiracy;
- Count Seven and Eight: 18 U.S.C. §§ 1512(a)(1)(A), (C), (3)(A) and 1111, Murder and Threat of Force to Prevent Attendance at an Official Proceeding and Conspiracy;
- Count Nine: 18 U.S.C. §§ 1841 and 1111, Causing the Death of a Child in Utero;
- Count Ten: 18 U.S.C. §§ 1512(a)(2)(A), (C), (3)(A) and 1111, Murder and Threat of Force to Prevent Attendance at an Official Proceeding and Conspiracy;
- Counts Twelve and Fourteen: 18 U.S.C. § 924(c)(1)(A)(iii) and 18 U.S.C. § 2, Use, Carry, Brandish, Discharge a Firearm During and in Relation to a Drug Trafficking Crime;
- Count Thirteen: 18 U.S.C. § 924(c)(1)(A)(i) and 18 U.S.C. § 2, Use, Carry, Brandish, Discharge a Firearm During and in Relation to a Drug Trafficking Crime;
- Count Seventeen: 26 U.S.C. § 5845(b), 18 U.S.C. § 924(c)(1)(A)(i) and (B)(ii), Possession of Machine Gun with Glock Switch in Furtherance of a Drug Trafficking Crime and 18 U.S.C. § 2, Aiding and Abetting, to wit: possession of a Glock Model 19X firearm pistol with serial No. BUC468, with a Glock Switch device installed, which converted the firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger; and
- Count Eighteen: 18 U.S.C. § 1956(h), Conspiracy to Launder Money.

On September 22, 2025, Defendant pled guilty to Counts Four and Five (both in violation of 21 U.S.C. § 848(e), Murder in Furtherance of a Conspiracy to Distribute Controlled Substances) and Nine (violating 18 U.S.C. §§ 1841 and 1111, Causing the Death of a Child in Utero). The Presentence Report was filed on April 23, 2026, and this sentencing follows.

## II
## FACTUAL BACKGROUND

### A. Synopsis

In the winter of 2020/2021, Defendant crossed from Mexico into the United States. He moved to Yakima in the Spring of 2021. At that time, Gilberto Ortiz ("El Guero") operated a lucrative drug trafficking organization (DTO) based out of Yakima, Washington. He had an established network of Mexican based suppliers, couriers, stash house operators, and money launderers. He operated out of several houses in Yakima and owned a 40-acre ranch about ten miles outside of Yakima where he stored firearms, drugs, and stolen vehicles.

The organization recruited drivers out of Yakima, Washington and Visalia, California. It imported dozens of kilograms of methamphetamine, fentanyl, and cocaine and distributed the drugs to a network of buyers across the United States. Defendant was one of those drivers. In June 2021, Defendant was stopped in a car loaded with methamphetamine and fentanyl outside Medford, Oregon. After his arrest and release, Defendant was promoted, coordinating stolen cars and drug importations within Ortiz's DTO.

As payment for the drugs, Ortiz received bulk shipments of cash in Yakima. He and others drove thousands of dollars per month to Los Angeles, and then on to Mexico. Ortiz also had a network of money transmitters, including Maira Hernandez, who wired money to load drivers, suppliers, and stash house operators. In July 2021, the DTO began integrating stolen vehicles into their operations. They would get the cars from Daniel Soto, who operated a legitimate business fixing cars and a shadow business sending stolen

vehicles to Tijuana where they received new, untraceable, VIN numbers. The DTO would provide the stolen VIN-swapped cars to load drivers in partial payment for their services.

Ortiz died of a drug overdose in April of 2022. His lieutenants, Defendant and Cesar Murillo, took over the DTO, along with Ortiz's Ranch and arsenal of firearms.

Murillo and Hernandez were in a romantic relationship. They lived together with Hernandez's children in a small house in Yakima, and Hernandez was pregnant with Murillo's child. In August of 2022, agents knocked at their door. Agents had linked Hernandez to the DTO through money wires and car registrations, and they wanted to speak with Hernandez and Murillo. Hernandez agreed to speak with the agents, but not at her house. She met them at the HSI Office in Yakima. Ultimately, Hernandez gave the agents a glimpse of the DTO's activities and persuaded Murillo to surrender the stolen truck parked in their driveway to law enforcement. Hernandez was visibly pregnant by this point. She and Murillo agreed that they would cooperate, so Hernandez would not have to give birth while incarcerated.

Back in their home in Yakima, Murillo and Hernandez told Defendant that they were going to cooperate. Defendant was incensed. He told the couple, "you're not going to leave me with this" and stormed out of the house, slamming the door. Defendant made good on his threat.

On August 28, 2022, Defendant, by his own admission, lured Murillo to the Ranch, shot him multiple times. He then had others dig a deep hole using a backhoe and bury Murillo under a dirt road at the Ranch. Days later, Defendant lured Hernandez to the Ranch with promises of seeing Murillo, knowing that she would be shot as well. Like Murillo, Defendant had Hernandez buried in a deep hole on a road near the Ranch. The goal was to ensure that neither Murillo nor Hernandez would ever be found. Defendant told Hernandez's family that she and Murillo must have fled to Mexico.

As agents attempted to put the puzzle together, they arrested Defendant's lieutenant, Ricardo Orizaba-Zendejas in February 2023. Defendant responded by sheltering in a house outside Fresno, where he continued to operate the DTO remotely. Agents found Defendant

in April, 2023, and arrested him with drugs and firearms, including a functioning machine gun.

**B. June 19, 2021: Defendant is stopped while transporting methamphetamine and fentanyl in Oregon**

On June 19, 2021, Oregon State Police officers stopped a black Nissan Altima heading north on Oregon state highway 97, near Medford, Oregon, while speeding. Daniel Martin Ponce-Gonzales drove the vehicle. Defendant was the passenger.

Ponce-Gonzales gave officers permission to search the car. Officers found 25 kgs. (55 lbs.) of methamphetamine and 1.027 kgs. (2.26 lbs.) fentanyl in a compartment hidden between the trunk and the rear seats. Officers activated the compartment by applying power to a pair of wires that ran from under the dash to the rear seats.

In a post-*Miranda* interview, Ponce-Gonzales initially told state police officers that the vehicle belonged to a man he knew only as "Martin" from Stockton, California. "Martin" was paying Ponce-Gonzales to drive the car to Yakima, where Ponce-Gonzales would receive further instructions on where to drop the car.[1] Ponce-Gonzales later admitted that he loaded the drugs into the non-factory compartment near Stockton, California, and that he agreed to drive the car, because he owed the organization $20,000 after losing a prior load. Ponce-Gonzales said the organization threatened his family in Mexico. In Ponce-Gonzales' wallet, officers found a $521 money remitting receipt from a sender listed as "Maria Sophia Hernandez."

Defendant waived his *Miranda* rights (in writing) and told state police officers that he was travelling to Yakima to pick cherries. He denied knowing there were drugs in the car. When asked if his fingerprints would be on the drugs, Defendant said "yes." He said that while Ponce-Gonzales was driving the car some of the packages accidentally spilled

---

[1] Agents later identified "Martin" as Martin Villanueva. Several of the load drivers listed below identified Villanueva as a recruiter. On December 19, 2022, Villanueva was arrested in New York, New York while delivering 6 kilograms of powdered fentanyl and 50,000 fentanyl pills to an NYPD undercover officer. He was armed with a Glock model 21 .45 caliber pistol. He was charged with drug and weapons charges in New York state court.

out of the compartment, and he put them back into the compartment, but did not know what the packages contained.

Officers searched Defendant's phone (pursuant to his consent), and found various photos of Defendant posing with firearms, drugs, and cash, such as this one:



Defendant and Ponce-Gonzales were both charged state court. The District of Oregon later adopted the case and charged it in federal court (D.OR. Case No. 22-CR-76). Defendant failed to appear in state court and was a fugitive until his arrest on April 4, 2023.

**C. July 2021 through September 2021: Defendant coordinates smuggling loads through San Diego area ports resulting in five seizures.**

Following his June 2021 arrest in Oregon, Defendant absconded from Oregon authorities and returned to Yakima, Washington. Between July 2021 and June 2022, Defendant was the point person for drivers crossing the DTO's drugs into the United States. He gave instructions to drivers on where to pick up and drop off drugs, cash, and stolen vehicles used for smuggling drugs and cash. The drivers smuggled drugs between Mexico, Stockton, and Yakima, where Ortiz would store the drugs before sending them on to other parts of the United States.

Defendant is directly tied to at least six seizures during the time period: five from a group of individuals recruited out of Visalia, California that occurred between August 5,

2021, and September 28, 2021, and another seizure on June 24, 2022, involving from Defendant's brother, Benito, and Orizaba's brother, Jose

| **Defendants** | **Vehicle** | **Date/place drugs found in vehicle** | **Type/quantity of drugs** |
|---|---|---|---|
| Fernando Gomez[2] | 2012 Hyundai | 8/5/21, Otay Mesa POE | 15.82 kgs meth |
| Ricardo Alfaro Stephanie Ortiz[3] | 2021 Acura RDX | 9/9/21, Otay Mesa POE | 29.84 kgs meth, 5.5 kgs fentanyl |
| Marco Bustos Rafael Loya[4] | 2019 Dodge Challenger | 10/18/21, San Ysidro POE | 13.00 kgs fentanyl, 10.06 kgs cocaine, .48 kgs. meth |
| Nicholas Pina[5] | 2020 Ford Mustang | 9/16/21, Grand Junction, CO | 26.8 kgs meth |
| Jaime Maldonado Miguel Ramirez | 2019 Dodge Ram | 9/28/21, San Ysidro POE | 31.8 kgs meth, 5.34 kgs fentanyl |
| Jose Orizaba-Zendejas Benito Madrigal-Birrueta | 2019 Ford F-150 Raptor | 6/24/22, Tulare County, CA | 16.5 kgs fentanyl pills and 2kgs cocaine |

**D. Load drivers' cell phones connect Defendant to the conspiracy**

Agents obtained warrants to search cell phones used by Pina, Bustos, Gomez, Loya, Maldonado and Alfaro. Those searches revealed that 5 of the load drivers called the same number 509-388-4344, which was saved as some variation of "Mr.T" or "Tony" on each

[2] Charged in SDCA Case No. 21-CR-2988-AJB, driving a 2012 Hyundai Sonata registered to Nicolas PINA (later arrested in Grand Junction, Colorado on September 16, 2021)

[3] Charged in SDCA Case No. 21-CR-2869-CAB, driving an Acura RDX that first entered the U.S. on August 19, 2021, driven by Adam Pena.

[4] Charged in SDCA Case No. 21-CR-3211-JLS, driving a black Dodge Challenger that first entered the U.S. on August 26, 2021, driven by Adam Pena.

[5] Nicholas Pina charged in Colorado Mesa County Court Case No. D392021CR1427A, driving a red Ford Mustang that first entered the U.S. on September 10, 2021, driven by Pena, and again admitted into U.S. on September 13, 2021, driven by Jaime Maldonado (charged in 21-CR-3006-BAS, driving a different vehicle).

of their phones.[6] Alfaro saved that same number as "Mr. T," Fernando Gomez saved the same number as "Tony@Work," and Nicholas Pina saved that number as "T."

- Pina exchanged 528 phone calls, text messages and voice messages with "Mr. T" from July 31st, 2021, to September 16th, 2021
- Gomez exchanged 173 phone calls, text messages and voice messages with "Mr. T" from July 22nd, 2021, to August 5th, 2021
- Bustos exchanged 131 phone calls, text messages and voice messages with "Mr. T" from August 6th, 2021, to September 16th, 2021
- Alfaro exchanged 50 phone calls, text messages and voice messages with "Mr. T" from August 16th, 2021, to August 28th, 2021
- Loya exchanged 9 phone calls, text messages and voice messages with "Mr. T" from August 1st, 2021, to August 11th, 2021

In addition, cell phone GPS locations revealed Gomez's and Pina's phones were located at the same GPS locations to two separate houses in Yakima, Washington:

- 813 S 10th Ave, Yakima, WA 98902,
- 207 S 7th St, Yakima, WA 98901.

Subpoenaed utility records for 813 S 10th Avenue list Ortiz's wife as the account holder for this address. Washington State DMV records list 207 S 7th Street as Defendant's residence.

**E. The DTO earned substantial income transporting drugs.**

Over the course of this investigation the DTO earned substantial income from drug proceeds. In his post-*Miranda* interview, Defendant told agents that he, Murillo, and Ortiz concealed bulk-cash in vehicles and sent them to Los Angeles. They unpacked the cash in Los Angeles and sent it to Mexico concealed in luggage. Defendant said they sent approximately \$150,000 to \$250,000 to Los Angeles one or two times a month.

//

[6] The 509-area code covers eastern Washington, including Yakima. "Sebastian Torres" is the subscriber to this number. Each of the vehicles in seizures two through six bore counterfeit Vehicle Identification Numbers (VIN) and had been recently reported stolen. All the vehicles first entered the United States within approximately one week of the seizure, driven by Adam Pena. In his post-*Miranda* interview Defendant also admited that he and others in the organization used stolen vehicles to smuggle drugs.

**F. Defendant and Murillo Assume Control of the DTO After Ortiz's Death**

On April 16, 2022, an officer with the Wapato, Washington police department, located just outside of Yakima, responded to an emergency call at Ortiz's residence. Upon arrival, the officer noted that Ortiz's body was cold, had no pulse, and had dried blood coming out of his mouth and onto the bed. Ortiz's toxicology report showed large quantities of cocaine and fentanyl in his blood, as well as their metabolites, norfentanyl (fentanyl metabolite) and benzoylecgonine (cocaine metabolite). The Medical Examiner noted that the cause of death was acute fentanyl intoxication.

Upon Ortiz's death, Defendant and Murillo took over running the DTO.

**G. June 24, 2022: Drug Seizure from a stolen Ford Raptor driven by Jose Orizaba-Zendejas and Benito Madrigal-Birrueta running a load for Defendant.**

On June 24, 2022, approximately nine months after the arrest of all the Visalia-based drivers, CHP Officers stopped a blue Ford Raptor bearing Washington license plates C94090Z[7] in Tulare County, California.

Jose was driving. Benito was in the passenger seat. Jose told the officers that they were headed to Yakima after visiting their uncle in Los Angeles the week prior. Jose first said they were staying with family, and then said they stayed at a Motel 6. Benito said that they travelled from Yakima to Santa Ana, where they visited two uncles and stayed at a Motel 6. Benito said the vehicle belonged to his brother, "Tony." Officers noted that "Tony" did not match the name of the registered owner, Maira Hernandez.

Officers searched the truck. On the floor behind the passenger seat, officers found a large suitcase. Benito said the suitcase was his, and contained clothing. An officer noticed that the suitcase felt like it contained an object much heavier and more solid than clothing.

---

[7] Like all the other stolen load vehicles, the Ford F-150 Raptor pickup that Jose and Benito were driving on June 24, 2022, was first imported into the United States by Pena on November 9, 2022. The truck was reported stolen from a dealership in Riverside, California, on October 27, 2021. TECS records show the vehicle driving into Mexico the next day, October 28, 2021. Pena drove the vehicle back into the United States on November 9, 2022.

Officers opened the suitcase and found two large plastic containers: one was marked "Castrol Oil" and the other was marked "Purple Power Soap." Both containers were sealed with foil. Officers then found a third "Purple Power Soap" container on the floor behind the driver's seat. Officers cut through the seals on all three containers and found 150,000 blue pills weighing 16.5 kilograms that tested positive for fentanyl. Later, after the truck was towed, officers found two kilograms of cocaine hidden in a non-factory compartment behind the dash.

Jose and Benito were both arrested and charged in California state court. They both posted bond and failed to appear for subsequent court dates. Both are believed to have absconded to Mexico. When interviewed on April 4, 2023, Defendant told agents that he took possession of the Ford Raptor following Ortiz's death, and that the fentanyl and cocaine seized from the Raptor was his load.

**H. June and August 2022: Agents interview Hernandez and Murillo**

When the June 24, 2022, seizure occurred, the Raptor was registered to Hernandez. Agents interviewed Hernandez on June 30, 2022. She said she purchased the vehicle from a person she met on Facebook and that she sold the vehicle on May 23, 2022. Hernandez produced a bill of sale documenting the transfer.

On June 28, 2022, law enforcement obtained a warrant to extract data from the Ford Raptor's infotainment system. The vehicle's call history showed stored contacts for Ricardo Orizaba, Ortiz's widow, Murillo, Hernandez, and Defendant. The Raptor also showed that it was paired to phones used by Benito, Defendant, Raquel Madrigal (Defendant's Sister), Hernandez, and Murillo.

In a series of consensual and non-custodial interviews conducted on August 23 and 24, 2022, Hernandez agreed to allow law enforcement to download her cell phones and Murillo admitted to sending wires to Mexico for the DTO. At that time, Murillo also turned over a stolen GMC Sierra to law enforcement.

Agents downloaded Hernandez's phones and located pictures of Murillo with a gun. They identified the GPS coordinates and tracked the picture to Ortiz's Ranch outside Yakima.

**I. September 2022: Agents Search Hernandez's and Murillo's House and the Ranch**

On September 8, 2022, agents executed search warrants at two properties associated to Murillo and Hernandez, their home at 512 S 12th street, Yakima, Washington, and the Ranch outside Yakima.

At the 12th Street residence agents found a digital scale, a counterfeit Lawful Permanent Residence card, a counterfeit social security card, packaging materials and baggies consistent with the material seized from the load vehicles in August and September, 2021.

Ortiz, Murillo, Defendant, Ricardo Orizaba and others used the Ranch as a staging area for receiving and sending drugs, storing load vehicles, and storing weapons. The September 8, 2022, search revealed an arsenal of approximately 40 firearms, including short barrel shotguns and a grenade launcher.



In the trailers parked at the Ranch, agents also discovered approximately 26 M-30 fentanyl pills, a small bindle of methamphetamine, packaging, and scales. Agents also saw a large backhoe stored on the property.



Agents did not find Hernandez or Murillo.

**J. December 2022: Julio Vargas Identifies Defendant as the Main Driver of the Murders**

On December 8th, 2022, agents interviewed Julio Vargas-Birrueta. Agents found his name on an insurance card from an Infiniti Q50 seized in Yakima, that was used by the DTO. In November, 2022, Vargas was arrested by the DEA in Stockton, California during a controlled delivery of narcotics. Vargas told his attorney he had knowledge of a murder that occurred in Yakima, WA.

Vargas told agents that he was Defendant's cousin, and that Defendant took over leadership of the DTO after Ortiz died. Vargas also identified Murillo as a former member of the DTO. Vargas said Murillo was murdered in Yakima in around September 2022.

Vargas said that Defendant called him (Vargas) after killing Murillo and his wife. Defendant learned that Murillo was talking to law enforcement, so he confronted Murillo. He met with Murillo, searched Murillo's cell phone, and found text messages between Murillo and Hernandez discussing how they were going to cooperate with law enforcement

and potentially give law enforcement Defendant's location. After seeing Murillo's texts, Defendant became enraged and drove Murillo to the Ranch.

Once Murillo arrived at the Ranch, Vargas believed Ricardo Orizaba shot Murillo. Vargas said he drew this inference, because Orizaba always did Defendant's "dirty work." Vargas believed that Ricardo Orizaba killed Murillo at Defendant's direction.[8] Agents showed Vargas a picture of Orizaba taken during the surveillance in Wapato. Vargas confirmed the person in the photograph was Ricardo Orizaba.

After Orizaba killed Murillo, Defendant contacted Hernandez and asked her to come up to the Ranch to see Murillo. Vargas said that Defendant used a "ruse" to get Hernandez to the ranch. Once Defendant lured Hernandez to the Ranch, Orizaba shot her to death with the same AK-47 assault rifle. Defendant, Orizaba, and others used a commercial grade backhoe to bury the bodies deep underground. Then they used the backhoe to move large amounts of dirt around the property to make it more difficult for the bodies to be recovered. Agents asked Vargas if the weapon used to murder Hernandez and Murillo was seized by agents during the search warrant. Vargas answered, no, Orizaba had concealed the firearm in a separate area.

Vargas stated that the Ranch was used to store, weigh, separate, package and distribute narcotics. Vehicles containing concealed narcotics would drive to the Ranch and have the narcotics removed from the vehicles and stored on site until they were distributed elsewhere. Vargas stated that he had visited the Ranch numerous times and had first-hand knowledge its purpose for the DTO.

//

//

[8] At trial and in subsequent filings, Counsel for Defendant Orizaba claims that the agents planted the idea of Ricardo Orizaba as the murderer and were the first to raise the name "Richie" with Julio Vargas. That is misleading. Vargas first referenced Orizaba as "Chuy's (Jose Orizaba's) brother." Vargas further identified Orizaba as "the main worker in Yakima right now." When an agent volunteered the name Ricardo or Richard, Vargas agreed that it was Richard or Richie. Thereafter, the agent showed Vargas a picture and Vargas identified Orizaba as Chuy's brother, Richie or Richard.

**K. January 2023: Deliylah Hernandez Provides Detail as to Defendant's Involvement in the Murder**

Agents spoke with Deliylah Hernandez on January 15, 2023. Deliylah said that when agents spoke with Hernandez on August 22, 2022, Murillo was present, hiding behind the front door trying to listen to the conversation agents were having with Hernandez on the porch. When Hernandez spoke with agents again on August 23, 2022, Murillo was with Defendant at a house in Wapato. After Murillo met with agents, Murillo told Deliylahh that he threw his phones into a lake.

Deliylah told the agents that following Murillo's and Hernandez's interviews with agents on August 23, 2022, Murillo, Hernandez, and Defendant all gathered together in the kitchen of the house that Murillo and Hernandez shared. Deliylah could overhear their conversation, because her room was next to the kitchen. Deliylah heard Murillo and Hernandez say that they were going to cooperate with agents, because Hernandez was pregnant, and she did not want to go to prison for a long time. When he heard this, Defendant became angry and said they were not going to leave him alone with this. Defendant then left the house and slammed the door.

A few days after Murillo met with agents, Defendant stopped by the house to pick Murillo up. Defendant told Deliylah that they were going "to feed the chickens." That was the last time anyone saw Murillo.

About a week later, on September 1, 2022, Deliylah received a message from Defendant on Instagram asking Deliylah to bring Hernandez to meet Murillo. Defendant said that Murillo was waiting for Hernandez at the Ranch. Defendant also called and spoke to Hernandez on speaker phone, with Deliylah present. Defendant asked Hernandez about her pregnancy and told Hernandez to get pretty for her visit with Murillo.

Hernandez became excited, took a shower, and got ready to go out. She was eager to see Murillo, because she had not seen or heard from him in over a week. Deliylah drove her mother to the My Place hotel in Yakima at about 5:00 PM. A dark Cadillac SUV pulled up. Deliylah recognized the Cadillac as belonging to Defendant. Deliylah saw Defendant

driving the Cadillac. Hernandez got into the Cadillac and asked Deliylah to give Hernandez her bag and her phone. The Cadillac then drove off in the direction of the Ranch. That was the last time Deliylah saw her mother alive.

By that point Hernandez was 33 years old and in her third trimester. The latest doctor's visit on August 16, 2022, reported, "everything looks good today – your baby appears to be growing well…. Everything is reported as normal. Now you get to think of the right name for your baby!" Deliylah took this photo of her mother about a week before Hernandez climbed into Defendant's Cadillac:



When Hernandez did not return home, Deliylah contacted Defendant and asked about her mother. Defendant told Deliylah that he left her mother "in the hills" with Murillo.

**L. Defendant Continued to Orchestrate Violent Behavior After the Murders**

At the trial of co-Defendant Ricardo Orizaba, the Government introduced a text exchange between Defendant and Orizaba dated November 2022, where Defendant is telling Orizaba that people have stolen from them, so Orizaba should "fuck them up and bury them" at the same Ranch where they had killed and buried Murillo and Hernandez there months before. *See* Gov. Exh. 04-006.

**M. Defendant Continued to Run his Drug Business After the Murders**

In May 2023, agents executed a court-authorized search of the six cellular phones seized during Defendant's April 4, 2023, arrest and search of his property. The phone contained numerous WhatsApp voice text and voice messages regarding a load of drugs seized on March 4, 2023.

"Piter" is a contact in Defendant's phone who partnered with Defendant to distribute drugs. For example, on December 3, 2022, Defendant voice messaged "Piter:" "Here we are trying to pay the last 'windows'[9] to see how they come out, and we also have other things on the way so I came over to explore a new route, I'll explain once I see you."

On March 6, 2023, Defendant sent "Piter" a voice message about a load of drugs that was seized at the port:

> I got fucked there at the crossing, they took the things there but I already ordered some more, another hit just the same (same as the other one) they gave me a break…the Mr. from over there gave me a chance and…everything at 100, just that I'm gonna be a bit delayed until the other things arrive…those that we brought…they took em there…fucking dogs…

On March 8, 2023, Defendant sent Piter four photos of a Criminal Complaint and Probable Cause statement filed against Leonardo Escalera in SDCA Case Number 23-MJ-00759.[10] After sending photos of the Complaint, Defendant voice-messaged Piter: "Thing in order…I already received the details of what we lost…they were coming with more things that weren't…well like a train for various people, they had a lot of other things." Defendant then told Piter: "Well it already happened, and God willing this weekend the boat leaves with the new stuff for over here."

[9] This Court heard testimony on the trial of co-Defendant Ricardo Orizaba that windows is slang for methamphetamine.

[10] On March 4, 2023, a canine alerted U.S. Customs and Border Protection officers to a blue Nissan Sentra at the San Ysidro Port of Entry driven by Leonardo Escalera. Officers found drugs concealed in the rear seat, passenger seat, front floorboard, firewall, center console, and spare tire. The vehicle contained 12.94 kg of fentanyl, 2.02 kg of heroin, 21.40 kg of heroin tar, 25.9 kg of methamphetamine, and 3.47 kg of cocaine. *See U.S. v. Escalera*, 23-CR-544-W.

On March 29, 2023, Defendant exchanged text and voice messages with a person saved as "Neto" using a Mexican phone number. Neto was one of Defendant's sources of supply. Neto sent Defendant several photos of white square packages labeled "700," "1,000," and with a photo of a goat, and he asked Defendant whether he wanted "1,000s or 700s" referring to the relative purity of the drugs. Neto and Defendant then discussed each product and, to illustrate the effect, Neto sent Defendant videos of a person putting white powder on foil and burning it. Neto first sends Defendant a video of the "1,000" and then the "700." Defendant eventually orders the "1,000" stamped with the goat, and he tells "Neto" "I don't want them to get too high" – apparently referencing the potency of the two varieties "Neto" was selling.

Later that same day, Neto texted Defendant photos of four different identification cards used by four different Mexican females. Over the next two days, Defendant sent Neto receipts from four different money transfers, one to each of the four female identities. The first was sent by "Fernando Perez Lopez" – the same person who was present in Defendant's residence when Defendant was arrested – and sent from Reedley, California, for $2,100. The second transfer was sent from "Tracy Diana Santana Pelayo" – the name of the woman who was with Defendant when he was arrested – from Yakima, Washington, for $2,100. After sending these two transfers Defendant voice-messaged Neto that he was only sending "two [transfers] today" and was working on the rest, because people in the store were asking questions.

The third remittance was sent from "Adalberto Garcia De La Roda" – one of the names on the counterfeit identification cards found in Defendant's room and bearing his photo – from Reedley, CA, for $2,100. The final remittance was sent from "Maximo Sanchez Deiyra" from Yakima, WA, for $2,145.

In another series of chats with "Nelson" on December 8, 2022, Defendant received a photo of a brick with a one-dollar bill laid on top to illustrate the size of the package. Nelson then messaged Defendant: "what you are seeing is the cover because the product he is sending you is [below] . . . the man says not to handle it without gloves or long sleeves

because whatever hits your pores its gonna send you . . . cause [it] enters through the pores." Two days later, on December 10, 2022, Nelson texted Defendant a photo of a large ziplock bag full of blue pills followed by a voice-message: "No worries man, I'll call and tell him to save them for you." Nelson explained, "no homie those the originals, not the fantasy [counterfeit] one but the ones of oxy," apparently claiming that he was selling bona-fide pharmaceutical grade Oxycodone. In yet another series of voice-messages with Nelson, Defendant negotiated the price of the product, asking the supplier to lower it, so that he could make at least "four pesos" of profit on the transaction.

These text communications demonstrated that Defendant exercised oversight and control over selecting the drugs from Mexico, coordinating the transport from Mexico in to the United States, and then movement of the drugs once they had crossed in to the U.S.

**N. April 2023: Agents Find Defendant in Fresno**

**a. Agents search Defendant's residence and find firearms and heroin.**

On April 4, 2023, agents executed a search warrant on a Fresno ranch property. As agents announced their presence, they saw Defendant jump out of a window, wearing only his underwear, and flee across an open field. Agents caught up to Defendant and arrested him. They then searched the property and found 1.2 pounds of heroin, three handguns, miscellaneous ammunition in multiple different calibers, and miscellaneous notebooks recording paid and owed for drug sales.

One of the handguns was a Glock 19 semiautomatic pistol that was fitted with a "Glock Switch" device to convert the gun from semiautomatic to fully automatic. Agents test-fired the Glock and confirmed that it fired automatically. Agents found the Glock pistol in the drawer of Defendant's desk, in his bedroom:





Agents also seized a ledger from Defendant's residence. The ledger contained names, numbers and values that appear to describe debts paid and owed. For example, "10,000," "7,500," or "12,500" are associated with "blues," "aguas," "white," and "black."




Defendant had multiple false identification documents at his residence. He had two counterfeit Mexican passports (Adalberto Garcia De La Rosa and Juan Manuel Rangel Olvera), one counterfeit birth certificate (Juan Manuel Rangel Olvera), and one counterfeit Mexican drivers licenses (Adalberto Garcia De La Rosa). These fake credentials confirmed the agents' understanding that Defendant was planning to flee to, and then hide out in, Mexico.

//

**b. Defendant's Post-Arrest Statement**

Defendant gave a lengthy post-arrest statement. He initially denied any knowledge of drug trafficking and any involvement in the murders. After agents discussed some of the evidence that suggested otherwise, Defendant admitted to involvement in drug trafficking and the murders but minimized his role, He then identified the wrong burial locations on Google maps.

**i. Defendant admits to coordinating load drivers smuggling drugs through San Diego Ports of Entry**

Defendant said he himself had never been involved in transporting drugs, and he denied knowing about the drugs found in his vehicle in Oregon. He said that his friends transport drugs, and that these "friends" had left packages for him to hold until others would pick them up, but he did not know what they contained.

Agents showed Defendant a photo of Ortiz. Defendant identified Ortiz as a friend who died. Agents showed Defendant a series of photos of load drivers, Gomez, Alfaro, Bustos, Loya, Pina, and Soto. Defendant nodded his head up and down and gave the names of the individuals in the pictures. Defendant said he knew about the stolen vehicles used to smuggle drugs and said that Murillo was the connection to Soto, who provided cars to smuggle drugs. Agents said they knew that Ortiz was in charge of the operation until he died in April of 2022 and that Defendant took over operations after Ortiz died. Defendant nodded his head up and down and then said that Murillo was more in charge than he was. Agents told Defendant that they knew he used aliases including "Mr. T." Defendant laughed and nodded his head up and down. Ultimately, after being told that his number was in all of the load drivers' phones, Defendant admitted to coordinating drug loads at Ortiz's direction.

Agents asked Defendant about the blue Ford Raptor. Defendant said that his brother, Benito, was smuggling the drugs for him. Defendant said that "Chuy," Jose Orizaba, who was arrested with Benito also worked for him, Defendant.

Defendant admitted to knowing the details of Ortiz's business, maintain the contacts, including the sources in Mexico, and ultimately ran the operation after Ortiz's death. Defendant said they made cash runs to Los Angeles once or twice a month, with each trip conveying $150,000 to $250,000.

Defendant said the Ranch belonged to Ortiz and was used by Ortiz, Murillo, and Defendant to store stuff they were not using, as they moved from house to house. Defendant said he was aware of the "beautiful guns" stored at the Ranch. Defendant said the guns belonged to Ortiz but that he and Murillo used them.

**ii. Defendant admits to killing Murillo and luring Hernandez to her death.**

Agents showed Defendant a photo of Hernandez. Defendant recognized her as Murillo's girlfriend. Agents asked Defendant where Murillo and Hernandez went. Defendant said they went to Mexico, and that he had heard from Murillo about a month prior, in about March 2023. Agents said Defendant was not being honest, and that they knew he killed Murillo and Hernandez and buried them at the Ranch. Agents said Defendant needed to tell the truth. Defendant became visibly uncomfortable and curled himself into a fetal position.

Defendant said that when agents interviewed Hernandez about the GMC Sierra, Murillo and Defendant were together. After the interview, Hernandez went to Murillo and Defendant and asked if Defendant would help them with money for an attorney since she was likely to be arrested. Defendant said he would help them pay for an attorney. Defendant said he knew Murillo was speaking with law enforcement and left the big blue truck (the GMC Sierra) with law enforcement.

Defendant said that after agents left, he and Murillo went to the Ranch and began to drink and talk about what they should do. Defendant told the agents that he felt threatened by Murillo, so he shot Murillo multiple times in the chest.[11] Defendant said that others were

[11] Defendant told agents that Murillo had a gun and shot at Defendant's feet. As discussed further below, the medical examiner reports that Murillo was shot by multiple different weapons several times in the

present, but he refused to name them. Defendant then said "they" buried Murillo with a backhoe. Defendant did not dig the hole, the other person who he did not want to name dug the hole.

Agents then asked Defendant about Hernandez. Defendant said a lot of people labeled Hernandez a snitch. Agents said they knew that Defendant buried Hernandez at the ranch. Agents asked him why Hernandez came to the Ranch a few days after Murillo died. Defendant said Hernandez went to look for Murillo because Murillo was not answering his phone. Defendant said he picked Hernandez up from a parking lot driving a dark Cadillac SUV. Defendant said he picked Hernandez up and drove her to the Ranch, because "she was the one messing up the business." Defendant said he and "Chino"[12] wanted to talk to Hernandez.

After Hernandez and Defendant arrived at the ranch, they informed Hernandez that they had shot and killed Murillo. Hernandez became hysterical. Defendant said he walked to his car to get drinks and left Chino and Hernandez alone. Defendant then heard five gunshots. He heard two gunshots, then heard Hernandez scream, then heard three more gunshots. Defendant then saw Chino run away. Defendant said that, at first, he wanted to take Hernandez to a hospital, because he knew she was pregnant, but he did not do so.

Defendant told the agents that he knew where the bodies were buried. Using Google maps, Defendant pointed to a location near the Ranch. Defendant said he did not leave a marker where the bodies were buried. Defendant said he and his colleagues used the backhoe to move Hernandez's body from the place she was shot to the place where Murillo was buried. He said Murillo was buried first, on the east side of the road. Defendant later had Hernandez buried a few feet from Murillo. Defendant said the two bodies were in one grave.

---

chest and head, and through the hand. The Government has found no evidence that Defendant or anyone else (other than Murillo) was injured. PSR ¶ 109.

[12] Except for Chino, Defendant refused to provide names of the people involved in the shootings.

In April 2023, approximately a dozen agents deployed to the roughly 40-acre property adjacent to where the trailers were parked to search for Murillo and Hernandez's bodies based on the information that Defendant had provided. Agents also brought two cadaver-detecting canines. Again, agents failed to locate any human remains. (Ultimately, as discussed below, agents found the bodies in two separate graves, far from the location that Defendant had identified as the burial spot.)

**O. Autopsies reveal that Murillo and Hernandez were shot in the head bodies multiple times by at least two different guns.**

On September 13, 2023, Mario Castaneda identified the location of the two unmarked graves under two separate dirt roads. Agents ultimately found Murillo's and Hernandez's remains buried over six feet underground.

**i. Murillo's Autopsy**

On October 25, 2023, Dr. Eric Keisel, a medical examiner, examined Murillo's remains. Dr. Keisel observed four bullet wounds to the chest, one to the back of the neck, one to the face, and one through the left ring finger. Dr. Keisel opined that the wound to the ring finger indicates that Murillo was raising his hand at the time he was shot. All the wounds to the chest exited through a large hole behind his left shoulder. All the bone fragments showed a pattern similar to the bullet fragments, indicating that Murillo was shot multiple times through the chest. In addition, Dr. Keisel pulled a bullet fragment from the base of Murillo's neck, and a bullet fragment from his head. Dr. Keisel described a "snowstorm pattern" of lead fragments in Murillo's chest, which led him to conclude that Murillo was shot with a high-caliber weapon such that the bullets disintegrated into thousands of tiny lead particles that appear on an X-ray similar to a "snowstorm." Dr. Keisel was also able to take large fragments from Murillo's head and neck, which indicated to him that they were medium-caliber jacketed bullets that did not break down like the bullets in Murillo's chest.

//

//

**ii. Hernandez's Autopsy**

Dr. Keisel performed an autopsy on Hernandez on October 5, 2023. He observed a snowstorm pattern similar to Murillo's wounds, and opined that Hernandez was also shot with at least two different caliber weapons. He observed at least two gunshot wounds to Hernandez's head. One entered from the side and went directly through her head, leaving only particles and fragments behind. The other entered from the back of her head and lodged behind her forehead. Dr. Keisel found a third bullet, almost fully intact, in Hernandez's left lung, and opined that she aspirated the bullet. That is, she was alive when she was shot in the face and breathed it into her lung.

**iii. Hernandez's in utero child**

On October 26, 2023, the Coroner X-rayed the leggings that had been removed from Hernandez's body. There, within Hernandez's leggings, the Coroner found a fetal skeleton. Dr. Keisel opined that the fetus was likely expelled under the weight of tons of dirt and rock pressing down on Hernandez's body. Alternatively, the trauma of being shot caused premature labor.

In October and November, 2023, Dr. Andrew Seidel, a forensic anthropologist, reviewed radiographs and skeletal remains from Hernandez's leggings. He determined that the remains were those of a human fetus with a gestational age between 29 and 30 weeks. (Average gestational period for humans is between 38 and 40 weeks.)

## II

## SENTENCING RECOMMENDATIONS AND ANALYSIS

### A. The Advisory Guideline Calculations

Defendant pled guilty to three counts, two counts of murder in furtherance of a conspiracy to distribute controlled substances (21 U.S.C. Sec. 848(e)) and one count of causing the death of a child in utero (21 U.S.C. Secs. 1841 and 1111). Conviction on these

counts carries a mandatory minimum floor of 20 years. The Guidelines calculations are as follows:

| | | |
|---|---|---|
| 1. | Base Offense Level [§ 2A.1.1(a)] | 43 |
| 2. | Multiple Count Adjustment [§ 3D1.4] | +3 |
| 3. | Acceptance of Responsibility [§ 3E1.1] | -3 |
| 4. | Appellate Waiver | -1 |
| | Total Offense Level | 42 |

**B. <u>Analysis of the § 3553(a) Factors</u>**

In brief, the Defendant's youth and tragic childhood cannot erase or excuse his cold and calculating decisions, which led to the murders of two people and their baby solely to advance his drug dealing empire. Further, as the Court has had the opportunity to witness, the victims' deaths caused significant hardship on their families, especially the victims' minor children. Hernandez leaves behind three children, Deliylah and two minor children, whom Deliylah has been raising. Murillo has two minor children from a previous marriage, whom he was actively involved in raising.

## IV

## CONCLUSION

For the foregoing reasons, the United States respectfully requests that the Court sentence Defendant to life imprisonment.

DATED: May 21, 2026

Respectfully submitted,

ADAM GORDON
United States Attorney

/s/ Alexandra F. Foster
ALEXANDRA F. FOSTER
STEPHEN H. WONG
Assistant United States Attorneys