ADAM GORDON
United States Attorney
ALEXANDRA F. FOSTER
Assistant U.S. Attorney
Washington, D.C. Bar No. 470096
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Tel: 619-546-6735
Alexandra.Foster@usdoj.gov

Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
Plaintiff,
v.
BENJAMIN MADRIGAL BIRRUETA (1),
Defendant.

Case No.: 23-CR1684-DMS

**UNITED STATES' MOTION TO SEAL ADDENDUM TO SENTENCING MEMORANDUM AND ATTACHMENTS**

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Adam Gordon, United States Attorney, and Alexandra F. Foster, Assistant United States Attorney, and hereby moves this Court for an order sealing the United States' Addendum to Its Sentencing Memorandum, and its attachments.

DATED: September 8, 2026

Respectfully submitted,

ADAM GORDON
United States Attorney

*s/ Alexandra F. Foster*
ALEXANDRA F. FOSTER
Assistant United States Attorney