**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

BENJAMIN MADRIGAL BIRRUETA (1),

Defendant.

Case No.: 23-CR1684-DMS

**ORDER SEALING ADDENDUM TO SENTENCING MEMORANDUM AND ATTACHMENTS**

Upon application of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS ORDERED that the United States' Addendum to its Sentencing Memorandum and Attachments (two victim impact statements and a report by Dr. Nicolas Badre) remain sealed.

DATED: September 9, 2026

HONORABLE DANA SABRAW
U.S. DISTRICT JUDGE